

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| vs. | § | Criminal Action No.: 4:00-00988-MGL-1 |
| | § | |
| WILLIAM MCCOLLUM, JR. | § | |
| Defendant. | § | |
| | § | |

## ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE

Pending before the Court is Defendant William McCollum, Jr.'s (McCollum) motion for reduction of his sentence under the First Step Act of 2019. The government filed a response supporting McCollum's motion. Having reviewed the motion, the response, the record, and the applicable law, it is the judgment of the Court imposes on McCollum a reduced sentence of time served and four years supervised release.

In deciding this matter, the Court has considered the reduced statutory range (5 years to 40 years), the reduced term of supervise release applicable to McCollum (at least 4 years), the reduced advisory guideline range (235 to 262 months), as well as the § 3553(a) factors and post-sentencing behavior and mitigation.

Weighing the entire record, the Court imposes a reduced sentence of time served and a term of supervised release of four years. The Court finds this sentence is sufficient, but not greater than necessary, to achieve the purposes of sentencing.

**IT IS SO ORDERED.**

Signed this 28th day of October 2019 in Columbia, South Carolina.

                                                  s/ Mary Geiger Lewis
                                                  M A R Y   G E I G E R   L E W I S
                                                  UNITED STATES DISTRICT JUDGE